JUDGE RICHARD JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR11-301RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| BRAD LOWE, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of defendant BRAD LOWE for an order terminating supervised release pursuant to 18 U.S.C. § 3583(e)(1). Having considered the motion, the Government's opposition, and the files and pleadings herein,

IT IS HEREBY ORDERED that Defendant's motion (Dkt. #88) is GRANTED and further supervised release is terminated.

DATED this 4th day of January, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(US v. Lowe, No. CR 11-301RAJ) - 1